IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CAROL J. COLLINS                                            PLAINTIFF

        v.                          Civil No. 02-6033

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                     DEFENDANT

## **JUDGMENT**

On this the 24th day of May, 2006, the Court has before it for consideration, plaintiff's request for attorney's fees for Ms. Shannon Muse Carroll, pursuant to *42 U.S.C. § 406*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, said motion is denied and dismissed, without prejudice.

IT IS SO ORDERED.

                                                          /s/Bobby E. Shepherd
                                                           Honorable Bobby E. Shepherd
                                                           United States Magistrate Judge